| | |
|---|---|
| JEAN-CLAUDE RINEHART<br>Plaintiff(s)<br>v.<br>THEODIS BECK; BOYD BENNETT; JAMES PIERCE; LEWIS SMITH; JAMES HUNSUCKER; JOHN GODFREY; J. KELLY; T. HILDRETH; MR. CARLISS; MR. WALN; MS. HARWOOD; TWO UNKNOWN MAIL ROOM WORKERS; DR. PAULA SMITH; ALVIN KELLER; DEBRA B. MORRIS; MS. BARRINGER; BILLIE MARTIN<br>Defendant(s) | **Judgment in a Civil Case**<br><br><br><br><br><br><br><br><br><br>Case Number: 5:09-CT-3019-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on January 5, 2011, with service on:
Jean-Claude Rinehart, 1309 Hudson Avenue, Apt. A-6, Durham, NC 27705 (via U.S. Mail)
Oliver G. Wheeler (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| January 5, 2011 | /s/ Dennis P. Iavarone<br>Clerk |

Raleigh, North Carolina